UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                            )
                                                  )
James Hazelett, Jr.                               ) Chapter 13 Case No.  05-64793
                                                  )
        Debtor                                    )

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $29.78 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in March 2010 and a refund checks was sent to the Debtor in the amount of $29.78 in April 1020.
3. To date said checks remain uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $29.78 into U.S. Treasury Fund 6047BK on behalf of Debtor, James Hazelett, Jr., whose last known address was 434 W. 52nd Avenue, Merrillville, IN 46410.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on July 19, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at **434 W. 52nd Avenue, Merrillville, IN 46410.**

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015